Sub-mitted September 12, 1966. *Homer Hackney,* appellant, in propria persona; *Theodore A. Parker,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jacobs, Appellant.

Sub-mitted September 12, 1966. *Floyd V. Jacobs,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Johnson, Appellant.

Sub-mitted September 12, 1966. *Aubrey Johnson,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Johnson, Appellant.

Submitted September 12, 1966. *George Johnson,* appellant, in propria persona; *Clarence C. New-*

758

comer, Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Argued September 12, 1966.

*Sanford Kahn,* Assistant Defender, with him *Victor S. Jaczun* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Paul A. Dandridge,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kizer, Appellant.

Submitted September 12, 1966. *Donald Kizer,* appellant, in propria persona; *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Lindsey, Appellant.

Argued September 13, 1966. *Leonard Packel,* Assistant Defend-